IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GORDON VAUGHN, #0116069,    : | |
|     Plaintiff,    : | |
| : | |
| vs.    : | CIVIL ACTION: 12-00769-KD-N |
| : | |
| STATE OF ALABAMA, *et al.,*    : | |
|     Defendants.    : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made (Doc. 6), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 4, 2013, is hereby **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's motion to proceed without prepayment of fees (Doc. 2) is **DENIED**, and moreover, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **4**th day of **March 2013.**

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**